JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL MARTINEZ, | ) | Case No. CV 11-390-AG (DTB) |
| Petitioner | ) | **J U D G M E N T** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: June 8, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1